CLOSED, STAY

## U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00705-JAH-CAB
## Internal Use Only

Payne et al v. Menu Foods, Inc. et al
Assigned to: Judge John A. Houston
Referred to: Magistrate Judge Cathy Ann Bencivengo
Case in other court: Superior Court of California, County of San Diego, 37-02007-00064159-CU-
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 04/18/2007
Date Terminated: 08/06/2007
Jury Demand: Both
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robert Payne**                         represented by    **Eric Benink**
                                                           Krause Kalfayan Benink and Slavens
                                                           625 Broadway
                                                           Suite 635
                                                           San Diego, CA 92101
                                                           (619)232-0331
                                                           Fax: (619)232-4019
                                                           Email: eric@kkbs-law.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Rene Lynn Barge**
                                                           CLASS ACTION LITIGATION GROUP
                                                           11111 Santa Monica Boulevard
                                                           Los Angeles, CA 90025
                                                           310-481-9851
                                                           Fax: 310-479-7051
                                                           Email: rbarge@class-action-attorneys.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*



Dockets.Justia.com

        **Katherine J Odenbreit**
Rene L Barge
13123 Garden Land Road
Los Angeles, CA 90049
(310)440-9456
Fax: (310)440-9126
Email: kjodenbreit@yahoo.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Bartilucci**     represented by     **Eric Benink**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Katherine J Odenbreit**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods, Inc.**     represented by     **Susan Moriarty Hack**
*a New Jersey corporation*
Higgs Fletcher and Mack
401 West A Street
Suite 2600
San Diego, CA 92101
(619)236-1551
Fax: (619)696-1410
Email: hack@higgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Edward B Ruff, III**
Pretzel and Stouffer Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606
(312)578-7507
*ATTORNEY TO BE NOTICED*

        **Michael P Turiello**
Pretzel and Stouffer Chartered

                    One South Wacker Drive
Suite 2500
Chicago, IL 60606
(312)578-7507
Email: mturiello@pretzel-stouffer.com
*ATTORNEY TO BE NOTICED*

**Priya Jesani**
Pretzel and Stouffer Chartered
One Wacker Drive
Suite 2500
Chicago, IL 60606
(312)578-7507
*ATTORNEY TO BE NOTICED*

**Defendant**

**Petco Animal Supplies, Inc.**
*a Delaware corporation*

represented by **Richard Mark Segal**
Pillsbury Winthrop Shaw Pittman
101 West Broadway
Suite 1800
San Diego, CA 92101-8219
(619)234-5000
Fax: (619)236-1995
Email: richard.segal@pillsburylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Safeway, Inc.**
*a Delaware corporation*

**Defendant**

**The Proctor & Gamble Company**
*a Ohio corporation*

represented by **Don Howarth**
Howarth and Smith
523 West Sixth Street
Suite 728
Los Angeles, CA 90014
(213)955-9400
Email: dhowarth@howarth-smith.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brian D Wright**
Frauki Ireland and Cox
500 Courthouse Plaza SW
10 North Ludlaw Street
Dayton, OH 45402
(937)227-3700
Email: bwright@ficlaw.com
*ATTORNEY TO BE NOTICED*

**D Jeffrey Ireland**
Frauki Ireland and Cox
500 Courthouse Plaza SW
Dayton, OH 45402
(937)227-3700
Email: djireland@ficlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**DOES 1 through 50**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2007 | 1 | NOTICE OF REMOVAL t/w Complaint and Jury Demand, from Superior Court of California, County of San Diego, case number 37-2007-00064159-CU-PL-CTL. ( Filing fee $ 350, receipt #137267), filed by Menu Foods, Inc.(jcj) (bar, ). (Entered: 04/19/2007) |
| 04/18/2007 | 2 | DEMAND for Trial by Jury by Menu Foods, Inc. (jpp, ) (Entered: 04/19/2007) |
| 04/18/2007 | 3 | NOTICE of Lodgment of State Court file, by Menu Foods, Inc. (jpp, ) (Entered: 04/19/2007) |
| 04/20/2007 | 4 | NOTICE by Menu Foods, Inc. of related case(s) 07-00706 (Attachments: # 1 Proof of Service)(Hack, Susan) Modified on 04/23/07 to reflect (Low number order prepared 04/23/07 by vet) (jpp). (Entered: 04/20/2007) |
| 04/23/2007 | 5 | CERTIFICATE OF SERVICE by Menu Foods, Inc. re 4 Notice (Other) (Hack, Susan) (Entered: 04/23/2007) |
| 04/23/2007 | 6 | NOTICE by Menu Foods, Inc. *TO STAY ALL PROCEEDINGS* |

| | | |
|---|---|---|
| | | (Hack, Susan) (Entered: 04/23/2007) |
| 04/23/2007 | ●7 | MOTION to Stay re 6 Notice (Other) by Menu Foods, Inc.. (Attachments: # 1 Exhibit Notice of Lodgment of Exhibits# 2 Proof of Service)(Hack, Susan) (Entered: 04/23/2007) |
| 04/23/2007 | | (Court only) Set/Reset Deadlines as to 7 MOTION to Stay re 6 Notice. Responses due by 5/17/2007. Motion Hearing set for 5/31/2007 03:00 PM in Courtroom 11 before Judge John A. Houston. (jpp, ) (Entered: 04/23/2007) |
| 04/25/2007 | ●8 | Joint MOTION for Extension of Time to File Answer *Or Other Responsive Pleading* by The Proctor & Gamble Company. (Howarth, Don) (Entered: 04/25/2007) |
| 04/25/2007 | ●9 | NOTICE of Joinder by The Proctor & Gamble Company *In Notice of Removal of Action* (Howarth, Don) (Entered: 04/25/2007) |
| 04/26/2007 | ●10 | Joint MOTION for Extension of Time to File Answer *or Responsive Pleading* by Petco Animal Supplies, Inc.. (Segal, Richard) (Entered: 04/26/2007) |
| 04/27/2007 | ●11 | ORDER Granting 10 Joint Motion for Extension of Time to File Responsive Pleading. Petco Animal Supplies, Inc. answer due 5/29/2007. Signed by Judge John A. Houston on 04/27/07. (jcj) (Entered: 04/27/2007) |
| 04/27/2007 | ●12 | ORDER Granting 8 Joint Motion for Extension of Time to File Answer Or Other Responsive Pleading. The Proctor & Gamble Company answer due 5/29/2007. Signed by Judge John A. Houston on 04/26/07. (jcj) (Entered: 04/27/2007) |
| 04/27/2007 | ●13 | STRIKEN PER ORDER 14. Joint MOTION for Extension of Time to File Response/Reply *to File Responsive Pleading and Proof of Service* by Menu Foods, Inc.. (Hack, Susan) (Entered: 04/27/2007) |
| 04/27/2007 | ●14 | Discrepancy Order by Judge John A. Houston rejecting document: Joint Motion for Extension of Time 13 from Defendant Menu Foods, Inc. filed by Susan Hack. Non-compliance with local rule ECF 2(h): Includes a proposed order or requires judge's signature. The document is rejected. It is ordered that the Clerk STRIKE the document from the record. Signed by Judge John A. Houston on 04/27/07. (jpp, ) (Entered: 04/30/2007) |

| | | |
|---|---|---|
| 04/30/2007 | 15 | Joint MOTION for Extension of Time to File Response/Reply by Menu Foods, Inc.. (Hack, Susan) (Entered: 04/30/2007) |
| 05/01/2007 | 16 | ORDER granting 15 Joint Motion for Extension of Time to File Responsive Pleading. Signed by Judge John A. Houston on 04/30/07. (jpp, ) (Entered: 05/01/2007) |
| 05/02/2007 | 17 | NOTICE of Appearance re MDL 1850 before the Judicial Panel (Attachments: # 1 Notice Motion re transfer of action# 2 Memo of Points and Authorities)(bar, ) (Entered: 05/02/2007) |
| 05/07/2007 | 18 | NOTICE before the Judicial Panel re MDL 1850 - Plaintiffs' notice of joinder and joinder in motion for transfer of actions to the Central District of CA and for consolidated or coordinated pretrial preceedings pursuant to 28USC1407 (bar, ) (Entered: 05/08/2007) |
| 05/07/2007 | 19 | Letter from atty Milberg Weiss re MDL 1850 (bar, ) (Entered: 05/08/2007) |
| 05/09/2007 | 20 | Corporate Disclosure Statement by The Proctor & Gamble Company. (Howarth, Don) (Entered: 05/09/2007) |
| 05/14/2007 | 21 | NOTICE by Menu Foods, Inc. *DISCLOSURE STATEMENT OF NOTICE OF INTERESTED PARTIES* (Hack, Susan) (Entered: 05/14/2007) |
| 05/14/2007 | 22 | NOTICE of Joinder by The Proctor & Gamble Company *To Defendant Menu Foods, Inc.'s Motion To Stay All Proceedings* (Howarth, Don) (Entered: 05/14/2007) |
| 05/15/2007 | 23 | PRO HAC VICE APPOINTED: Edward B Ruff, III appearing for Defendant Menu Foods, Inc. (jpp, ) (Entered: 05/15/2007) |
| 05/15/2007 | 24 | PRO HAC VICE APPOINTED: Michael P Turiello appearing for Defendant Menu Foods, Inc. (jpp, ) (Entered: 05/15/2007) |
| 05/15/2007 | 25 | PRO HAC VICE APPOINTED: Priya Jesani appearing for Defendant Menu Foods, Inc. (jpp, ) (Entered: 05/15/2007) |
| 05/18/2007 | 26 | Joint MOTION for Extension of Time to File Response/Reply by The Proctor & Gamble Company. (Howarth, Don) (Entered: 05/18/2007) |
| 05/21/2007 | 27 | ORDER granting 26 Joint Motion for Extension of Time to File Responsive Pleading. Defendant The Procter & Gamble Complany's First Responsive pleading is due on or before 06/11/07. Signed by Judge John A. Houston on 05/18/07. |

| | | |
|---|---|---|
| | | (jpp, ) (Entered: 05/21/2007) |
| 05/21/2007 | 28 | PRO HAC VICE APPOINTED: Brian D Wright appearing for Defendant The Proctor & Gamble Company. Signed by Judge John A. Houston on 05/17/07. (jpp, ) (Entered: 05/21/2007) |
| 05/23/2007 | 29 | PRO HAC VICE APPOINTED: D Jeffrey Ireland appearing for Defendant The Proctor & Gamble Company. Signed by Judge John A. Housto on 05/23/07. (jpp, ) (Entered: 05/23/2007) |
| 05/23/2007 | 30 | ORDER vacating hearing date of 05/31/07 for defendants motion to stay. Signed by Judge John A. Houston on 05/23/07. (jpp, ) (Entered: 05/23/2007) |
| 05/29/2007 | 31 | NOTICE by Petco Animal Supplies, Inc. *JOINDER IN MENU FOODS' MOTION TO STAY ALL PROCEEDINGS AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT* (Rovens, Douglas) (Entered: 05/29/2007) |
| 05/30/2007 | 32 | Third Party MOTION to Substitute Attorney *Rene L. Barge and Katherine J. Odenbreit* by Steve Bartilucci. (Odenbreit, Katherine) (Entered: 05/30/2007) |
| 05/30/2007 | 33 | Third Party MOTION for Order *re: Substitition of Attorney* by Steve Bartilucci. (Odenbreit, Katherine) (jpp,). (Entered: 05/30/2007) |
| 05/30/2007 | 34 | Third Party MOTION to Substitute Attorney *Rene L. Barge and Katherine J. Odenbreit* by Robert Payne. (Odenbreit, Katherine) (Entered: 05/30/2007) |
| 05/30/2007 | 35 | Third Party MOTION for Order *re Substitution of Attorney* by Robert Payne. (Odenbreit, Katherine) (jpp, ). (Entered: 05/30/2007) |
| 06/01/2007 | 36 | OBJECTION by Robert Payne *to Def Menu Foods Motion to Stay Case* (Odenbreit, Katherine) (Entered: 06/01/2007) |
| 06/01/2007 | 37 | DECLARATION re 36 Objection *to Menu Foods' Motion to Stay Case* by Plaintiff Robert Payne. (Odenbreit, Katherine) (Entered: 06/01/2007) |
| 06/01/2007 | 38 | RESPONSE in Opposition re 7 MOTION to Stay re 6 Notice (Other) *by Menu Foods* filed by Robert Payne. (Odenbreit, Katherine) (Entered: 06/01/2007) |

| | | |
|---|---|---|
| 06/04/2007 | 39 | RESPONSE to Motion re 7 MOTION to Stay re 6 Notice (Other) filed by Menu Foods, Inc.. (Hack, Susan) (Entered: 06/04/2007) |
| 06/05/2007 | 40 | ORDER granting Plaintiff Robert Payne's Motion to Substitute in as Attorney of record Rene L. Barge and Katherine J. Odenbreit of Class Action litigation group as his attoney of record.Signed by Judge John A. Houston on 06/05/07. (jpp, ) (Entered: 06/06/2007) |
| 06/05/2007 | 41 | ORDER granting Plaintiff Steven Bartilucci's motion to substitute in as Attorney of record Rene L. Barge and Katherine J. Odenbreit of Class Action litigation group as his attorney of record. Signed by Judge John A. Houston on 06/05/07. (jpp, ) (Entered: 06/06/2007) |
| 06/08/2007 | 42 | Joint MOTION for Extension of Time to File Answer *Or Other Responsive Pleading* by The Proctor & Gamble Company. (Howarth, Don) (Entered: 06/08/2007) |
| 06/08/2007 | 43 | ORDER granting 6 Defendant Menu Foods Inc's Motion to Stay. Signed by Judge John A. Houston on 06/08/07. (jpp, ) (Entered: 06/08/2007) |
| 06/11/2007 | 44 | Joint MOTION for Extension of Time to File Response/Reply by Menu Foods, Inc.. (Hack, Susan) (Entered: 06/11/2007) |
| 06/11/2007 | 45 | ORDER denying 42 Joint Motion for Extension of Time to file responsive pleadingwithout prejudice as moot. Signed by Judge John A. Houston on 06/08/07. (jpp, ) (Entered: 06/11/2007) |
| 06/22/2007 | 46 | ORDER denying 44 Joint Motion for Extension of time to file responsive pleading without prejudice as moot. Signed by Judge John A. Houston on 06/22/07. (jpp) (Entered: 06/22/2007) |
| 07/02/2007 | 47 | NOTICE by Menu Foods, Inc. re 6 Notice (Other) *OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 USC 1407 AND REQUEST TO MAINTAIN STAY* (Hack, Susan) (Entered: 07/02/2007) |
| 08/06/2007 | 48 | Case transferred to District of New Jersey pursuant to MDL 1850.(bar) (Entered: 08/06/2007) |